# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOHN C. NEWMAN

NO. 2019 KW 0717

OCT 28 2019

In Re:   John C. Newman, applying for supervisory writs, 20th
         Judicial District Court, Parish of East Feliciana, No.
         95-CR-050517.

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT